UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-cv-478-C

| | |
|---|---|
| CUSTOM PAVING COMPANY, <br> a division of Quinn Sales, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> MERCER GRADING, INC.; VILLAGE PARK, LLC; FLAT CREEK CONSTRUCTION, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court on its own motion upon the removal of a civil action from a state court. (Doc. No. 1).

The Court finds that this matter should be referred to a bankruptcy judge pursuant to the Local Rule Referencing All Bankruptcy Matters to the Bankruptcy Judge filed on July 30, 1984.

**IT IS, THEREFORE, ORDERED** that this case is referred to the Bankruptcy Court for this district for further proceedings.

Signed: November 16, 2007

Robert J. Conrad, Jr.
Chief United States District Judge